**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER SCHEDULING PRETRIAL** |
| | ) | **STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:23-cr-182 |
| Jacob Edward Klinner, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on August 28, 2026, at 9:45 AM discuss, among other things, the viability of the current trial date.  To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court